TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
17821 E. 17TH STREET, SUITE 290
TUSTIN, CALIFORNIA 92780
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendant BRONSON & MIGLIACCIO, LLP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| CHRISTI BAKER<br><br>Plaintiff,<br><br>vs.<br><br>BRONSON & MIGLIACCIO, LLP<br><br>Defendant. | Case No. CV 09-1449 MMA BLM<br><br>**ANSWER OF DEFENDANT TO PLAINTIFF'S COMPLAINT** |

Defendant BRONSON & MIGLIACCIO, LLP for itself and for no other defendants, answers as follows:

### INTRODUCTION

1. Answering paragraph 1 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

2. Answering paragraph 2 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

3. Answering paragraph 3 of the Complaint, defendant is without

-1-
ANSWER TO COMPLAINT                                                          Case No. CV 09-1449 MMA BLM

knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

4. Answering paragraph 4 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

## JURISDICTION AND VENUE

5. Answering paragraph 5 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

6. Answering paragraph 6 of the Complaint, defendant admits the allegations contained therein.

7. Answering paragraph 7 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

8. Answering paragraph 8 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

## PARTIES

9. Answering paragraph 9 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

10. Answering paragraph 10 of the Complaint, defendant admits the allegations contained therein.

11. Answering paragraph 11 of the Complaint, defendant admits the allegations contained therein.

12. Answering paragraph 12 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

ANSWER TO COMPLAINT                                    Case No. CV 09-1449 MMA BLM

13. Answering paragraph 13 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

### FACTUAL ALLEGATIONS

14. Answering paragraph 14 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

15. Answering paragraph 15 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

16. Answering paragraph 16 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

17. Answering paragraph 17 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

18. Answering paragraph 18 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

### COUNT I
### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. §1692 et seq.

19. Answering paragraph 19 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

20. Answering paragraph 20 of the Complaint, defendant denies the

allegations contained therein.

21. Answering paragraph 21 of the Complaint, defendant denies the allegations contained therein.

## COUNT II

## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA), Cal. Civ. Code § 1788 et seq.

22. Answering paragraph 22 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

23. Answering paragraph 23 of the Complaint, defendant denies the allegations contained therein.

24. Answering paragraph 24 of the Complaint, defendant denies the allegations contained therein.

25. Answering paragraph 25 of the Complaint, defendant denies the allegations contained therein.

26. Answering paragraph 26 of the Complaint, defendant denies the allegations contained therein.

27. Answering paragraph 27 of the Complaint, defendant denies the allegations contained therein.

28. Answering paragraph 28 of the Complaint, defendant denies the allegations contained therein.

29. Answering paragraph 29 of the Complaint, defendant denies the allegations contained therein.

30. Answering paragraph 30 of the Complaint, defendant denies the allegations contained therein.

ANSWER TO COMPLAINT    Case No. CV 09-1449 MMA BLM

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State Cause of Action)

The complaint and each cause of action contained therein fails to state facts sufficient to constitute causes of action as to this answering defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The complaint and each cause of action contained therein is barred by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

At all times material herein, plaintiff failed and neglected to mitigate her damages, so as to reduce and/or diminish her claim.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

This answering defendant is informed and believes and on such basis alleges that plaintiff has committed laches and that each and every cause of action within the complaint should fail because plaintiff has inexcusably and unreasonably delayed the commencement of her action against this defendant and is estopped from asserting her actions as a result thereof.

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

This answering defendant is informed and believes that the complaint and each and every cause of action contained therein fails because of this answering defendant's reasonable reliance on the acts or omissions of plaintiff, whereby the plaintiff is now estopped from asserting the claims in her complaint against this answering defendant.

## SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff's claims against this answering defendant are expressly barred as a result of plaintiff's unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

### (Comparative Fault of Third Parties)

If plaintiff suffered or sustained any damage or injury, either as alleged in the complaint, or at all, the same was directly and proximately contributed to by the negligence, recklessness, carelessness, fault, and unlawful conduct of other parties or entities, whether or not parties to this action, and damages of plaintiff, if any, shall be reduced in proportion to the amount of negligence and/or fault attributable to such other persons or entities, whether or not parties to this action.

## EIGHTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

If plaintiff suffered or sustained any damage or injury, either as alleged in the complaint or at all, the same was directly and proximately contributed to by the negligence, recklessness, carelessness, fault and unlawful conduct of plaintiff, and damages of plaintiff, if any, shall be reduced in proportion to the amount of negligence and/or fault attributable to plaintiff.

## NINTH AFFIRMATIVE DEFENSE

Any violations of law, if any occurred, resulted from a bona fide error despite the maintenance of procedures reasonably adopted to avoid any such error.

WHEREFORE, this answering defendant prays for judgment as follows:

1. Plaintiff take nothing by reason of the complaint;
2. This answering defendant be dismissed with prejudice;
3. For costs of suit incurred herein;
4. For reasonable attorney's fees incurred herein; and

5. For such other relief as the Court deems just and proper.

Dated: August 18, 2009

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: /s/Timothy Johnson
TIMOTHY P. JOHNSON
Attorneys for Defendant BRONSON & MIGLIACCIO, LLP

**Baker v. Bronson & Migliaccio, LLP**
**USDC, Case No. 09 CV 1449 MMA BLM**

### CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17821 E. 17th Street, Suite 290, Tustin, California 92780.

On October 16, 2009, I served a true copy of **ANSWER TO COMPLAINT** on all interested parties in this action by:

[ ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ ]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

[ ]   By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[ X ]   By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

G. Thomas Martin, III, Esq. (SBN 235879)
KROHN & MOSS, LTD
10474 Santa Monica Blvd, Ste 401
Los Angeles, CA 90025

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on October 16, 2009, at Tustin, California.

/s/Timothy Johnson
TIMOTHY P. JOHNSON